JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA HERNANDEZ and ANGELINA O. SANTILLIAN, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTINA ANTON, et al., <br><br> Defendants. | Case No. EDCV 09-988-VAP (AGRx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 23, 2009

                                        VIRGINIA A. PHILLIPS
                                    United States District Judge